IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEREMY LYNN MESSEC PLAINTIFF

v. Case No. 6:26-cv-06124

DEPUTY WILLIAM BEAN;
DEPUTY KING;
NURSE GOODMAN;
DEPUTY RODREGEZ DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed by the Honorable Mark R. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Plaintiff Jeremy Lynn Messec has filed objections. ECF No. 8. The Court finds the matter ripe for consideration.

**I. BACKGROUND**

On September 23, 2026, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. Judge Ford conducted a preservice screening of Plaintiff's complaint (ECF No. 1) and recommends that the Court dismiss Plaintiff's claims for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1). Specifically, Judge Ford finds that Plaintiff failed to allege facts showing the deprivation of any policy of Garland County which violated his constitutional rights. ECF No. 7. Plaintiff filed objections to the Report and Recommendation. ECF No. 8.

**II. DISCUSSION**

The Court may designate a magistrate judge to hear pre- and post-trial matters and to submit to the Court proposed findings of fact and recommendations for disposition. 28 U.S.C. § 636(b)(1). Within fourteen days of receipt of a magistrate judge's report and recommendation, "a

party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); accord Local Rule 72.1(VII)(B). After conducting an appropriate review of the report and recommendation, the Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge . . . or recommit the matter to the magistrate judge with instructions." 28 U.S.C. § 636(b)(1).

"[T]he specific standard of review depends, in the first instance, upon whether or not a party has objected to portions of the report and recommendation." *Anderson v. Evangelical Lutheran Good Samaritan Soc'y*, 308 F. Supp. 3d 1011, 1015 (N.D. Iowa 2018). Generally, "objections must be timely and specific" to trigger de novo review. *Thompson v. Nix*, 897 F.2d 356, 358-59 (8th Cir. 1990). The Court applies a liberal construction when determining whether pro se objections are specific. *Hudson v. Gammon*, 46 F.3d 785, 786 (8th Cir. 1995). A "clearly erroneous" standard of review applies to the portions of a magistrate judge's report and recommendation to which no objections have been made. *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996); see also Fed. R. Civ. P. 72 advisory committee's note, subd. (b) (instructing a reviewing court to "satisfy itself that there is no clear error on the face of the record").

On November 3, 2026, Plaintiff filed timely objections. ECF No. 8. In his objections Plaintiff does not challenge the Report and Recommendation, in which Judge Ford concluded Plaintiff failed to identify any policy of Garland County that violated his constitutional rights. He only reiterates his complaint. In the objections, Plaintiff restates the general allegations of dissatisfaction with his medical care while incarcerated in the Garland County Detention Center ("GCDC"). ECF No. 8. He states that he needs medical help and his teeth repaired due to their negligent care in issuing the wrong size shoes, which caused him to trip and fall. ECF No. 8. Plaintiff's objections do not engage with Judge Ford's Report and Recommendations of show any

error of fact or law therein. In the absence of specific objections, the Court finds no clear error on the face of the record with respect to Judge Ford's recommendations and will adopt them. *See Grinder*, 73 F.3d at 795.

## III. CONCLUSION

Accordingly, the Court finds that the Report and Recommendation (ECF No. 7) should be and hereby is **ADOPTED** *in toto*. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of November, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge